**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

Walleye Trading Advisors, LLC,

Plaintiff,

v.

Daniel Eisner and D.E. Shaw & Co., L.P.,

Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 07-CV-4105 (PAM/JSM)

Upon the basis of the parties' Stipulation, **IT IS HEREBY ORDERED** that all claims for relief herein may be, and the same hereby are, dismissed with prejudice and without costs or any other relief to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**

Dated: January 10, 2008

s/Paul A. Magnuson
Hon. Paul A. Magnuson
Judge of United States District Court