# UNITED STATES DISTRICT COURT
## District of Minnesota

Walleye Trading Advisors, LLC

V.

Daniel Eisner, D.E.Shaw & Co., L.P.

## JUDGMENT IN A CIVIL CASE

Case Number: 07-cv-4105 PAM/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that all claims for relief herein may be, and the same hereby are, dismissed with prejudice and without costs or any other relief to any party.

January 11, 2008
Date

RICHARD D. SLETTEN, CLERK

s/Janet Midtbo
(By) Janet Midtbo, Deputy Clerk